UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTIN REID, *on behalf of himself and all others similarly situated*,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ART VAN FURNITURE, LLC,<br><br>　　　　　　Defendant. | Case No. 1:19-cv-04179-JMF<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Valentin Reid ("Plaintiff") and Defendant Art Van Furniture, LLC ("Defendant"), by and through Plaintiff's undersigned counsel and Defendant's undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: New York, New York
　　　　October 17, 2019

**SEYFARTH SHAW LLP**

By _____
John W. Egan
620 8th Avenue, 32nd Floor
New York, NY 10018
Telephone: (212) 218-5547
*Attorneys for Defendant*
*Art Van Furniture, LLC*

Dated: Hackensack, New Jersey
　　　　October 17, 2019

**STEIN SAKS, PLLC**

By _____
David Paul Force
285 Passaic Street
Hackensack, NJ 07601
Telephone: (201) 282-6500
*Attorneys for Plaintiff*
*Valentin Reid*

　　　　　　　　　SO ORDERED.

　　　　　　　　　October 23, 2019